# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BANKS, | ) | 1:10-cv-01236 AWI SKO |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| SHANNON HANDY, et.al., | ) | (Document 3) |
| Defendant. | ) | |

By application filed on August 11, 2010, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

Dated:   August 13, 2010                         /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE

1